UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN MATTHEW TYSON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ACRT SERVICES INCORPORATED, et al.,<br><br>　　　　Defendants. | Case No. 23-cv-01889-HSG<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 14 |

Defendants are **DIRECTED TO SHOW CAUSE** why Dkt. No. 14 the motion to dismiss should not be terminated as moot in light of Dkt. No. 25 Plaintiff's amended complaint. Plaintiff was not required to seek leave to amend and thus the amended complaint is now the operative complaint. Defendants have already filed a motion to dismiss the amended complaint. *See* Dkt. No. 28. Defendants shall file a statement of two pages or less by June 28, 2023.

**IT IS SO ORDERED.**

Dated: 6/21/2023

HAYWOOD S. GILLIAM, JR.
United States District Judge