UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN MATTHEW TYSON,<br><br>       Plaintiff,<br><br>   v.<br><br>ACRT SERVICES INCORPORATED, et al.,<br><br>       Defendants. | Case No. 23-cv-01889-HSG<br><br>**ORDER TERMINATING AS MOOT MOTION TO DISMISS**<br><br>Re: Dkt. No. 14 |

In light of Defendants' response to the Court's order to show cause, Dkt. No. 30, the Court **TERMINATES AS MOOT** the pending motion to dismiss at Docket No. 14. The Court further **DISCHARGES** the order to show cause. Dkt. No. 29.

The briefing schedule for the motion to dismiss Plaintiff's amended complaint remains the same: Plaintiff's response is due July 5, 2023, with replies due July 12, 2023. *See* Dkt. No. 28.

**IT IS SO ORDERED.**

Dated: 6/27/2023

HAYWOOD S. GILLIAM, JR.
United States District Judge