1  Your name: Ryan Tyson
2  Address: 2040 Shoreline Loop Apt 138
3  San Ramon, Ca 94582
4  Phone Number: 254-253-1548
5  E-mail Address: tyson.ryan@me.com
6  Pro se

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Division *[check one]*: ☐ San Francisco ☐ Oakland ☐ San Jose ☐ Eureka

| RYAN MATTHEW TYSON | ) | Case Number: 23-cv-01889-HSG |
| | ) | **ADMINISTRATIVE MOTION AND ORDER TO CHANGE DEADLINE FOR FILING** *[document title]* |
| Plaintiff, | ) | OPPOSITION TO MOTION TO DISMISS |
| vs. | ) | |
| ACRT SERVICES, INCORPORATED | ) | |
| ET AL,..... | ) | |
| | ) | Judge: Hon. Haywood S. Gilliam, Jr. |
| Defendant. | ) | |

MOTION TO CHANGE DEADLINE FOR FILING
OPPOSITION TO MOTION TO DISMISS
CASE NO. 23-cv-01889-HSG         ; PAGE 1 OF 3 [*JDC TEMPLATE Rev.2017*]

1. The *[title of document]* OPPOSITION TO MOTION TO DISMISS

   is currently due on *[date]* 07/07/2023

2. I respectfully request that the Court change this deadline to *[new date]* 07/28/2023

3. I have *[check box that applies]*:

   ☒ not already asked the Court to change this deadline.

   ☐ already asked the Court to change this deadline.

4. This change is necessary because *[explain]*:

   Plaintiff needs more time to prepare a OPPOSITION TO MOTION TO DISMISS.

   Considering the points of defense raised in the MOTION TO DISMISS, Plaintiff humbly

   requests more time to research and to properly compose and file the NOTICE OF MOTION

   the OPPOSITION TO MOTION TO DISMISS

5. I believe changing this deadline *[check one]*:

   ☐ will not affect any other deadlines.

   ☒ may affect these other deadlines and dates *[list anything else that may need to be rescheduled, such as a hearing related to the papers need to file]*:

6. The opposing side *[check box that applies and explain]*:

   ☐ has agreed to this change.

   ☒ has not agreed. I tried to obtain the opposing party's agreement to this change,

MOTION TO CHANGE DEADLINE FOR FILING
OPPOSITION TO MOTION TO DISMISS

CASE NO. 23-cv-01889-HSG  ; PAGE 2 OF 3 [*JDC TEMPLATE Rev.2017*]

but was unsuccessful. *[State who you tried to reach, when, and the person's response]*:

Lead Attorney for Defendant was contacted by email on 06/26/2023.

Plaintiff is awaiting response but time restrictions necessitate assistance from the Court.

I declare under penalty of perjury that the above statements are true and correct.

Respectfully submitted,

Date: 06/27/2023   Signature: *[signature]*

Printed name: Ryan Tyson

Pro Se

[*Do not write below this line*]

Good cause appearing, the motion is GRANTED. The deadline for filing the OPPOSITION TO MOTION TO DISMISS is *[date]* 07/28/2023.

IT IS SO ORDERED.

Date: 7/3/2023   [For Judge] *[signature]*

[Judge's name] Haywood S. Gilliam, Jr.
United States District/Magistrate Judge

MOTION TO CHANGE DEADLINE FOR FILING
OPPOSITION TO MOTION TO DISMISS

CASE NO. 23-cv-01889-HSG   ; PAGE 3 OF 3 [*JDC TEMPLATE Rev.2017*]