UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN TYSON,<br><br>           Plaintiff,<br><br>      v.<br><br>ACRT SERVICES INCORPORATED, et al.,<br><br>           Defendants. | Case No. 23-cv-01889-HSG<br><br>**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION FOR EXECUTION OF SUMMONS AND DIRECTING U.S. MARSHAL TO SERVE DEFENDANTS**<br><br>Re: Dkt. No. 38 |

Before the Court is Plaintiff's administrative motion for execution of summons on new defendants. Dkt. No. 38. The motion is **GRANTED IN PART** and **DENIED IN PART**. Plaintiff's motion is **DENIED** as to Great Banc because Great Banc has not been named as a defendant in this case. The motion is **GRANTED** as to the remaining new defendants.

Because Plaintiff has been authorized to proceed *in forma pauperis*, *see* Dkt. No. 5, service will be made by the United States Marshals. The Clerk of Court shall issue the summons for the new defendants at the addresses listed in the amended complaint (Dkt. No. 32), specifically:

- ACRT Incorporated
  4500 Courthouse Blvd.
  Stow Summit, Ohio 42244

- Travelers Indemnity Company
  EPLI Carrier
  One Tower Square
  Hartford, Connecticut 06183

- New York Life Group Benefit Solutions
  Third Party Disability Administrator
  PO Box 14577,
  Des Moines, Iowa 50306

The U.S. Marshal for the Northern District of California shall serve the new defendants, without prepayment of fees, a copy of the amended complaint, any amendments or attachments, and this order upon Defendants.

**IT IS SO ORDERED.**

Dated: 7/6/2023

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge