1  Your name: Ryan Tyson
2  Address: 2040 Shoreline Loop Apt 138
3  San Ramon, Ca 94582
4  Phone Number: 254-253-1548
5  E-mail Address: tyson.ryan@me.com
6  Pro se

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Division [check one]: ☐ San Francisco ☒ Oakland ☐ San Jose ☐ Eureka

| RYAN MATTHEW TYSON | Case Number: 23-cv-01889-HSG |
|---|---|
| Plaintiff, | RE-NOTICE OF PETITION OF SUMMONS Docket 38 |
| vs. | |
| ACRT SERVICES, INCORPORATED ET AL,..... | |
| | Judge: Hon. Haywood S. Gilliam, Jr. |
| Defendant. | |

Case Name: RYAN TYSON V ACRT INCORPORATED   Case #: 23-cv-01889-HSG

Plaintiff is very grateful for the Honorable Court for GRANTING the request in part and is appreciative of the Courts fairness.

Plaintiff humbly requests that the Honorable Court reconsider the addition and service of GREAT BANC as necessary party to this suit. Plaintiff did add GREAT BANC to Amended Complaint but due to lack of space, the Defendant GREAT BANC is named within the exhibition the Complaint Form on Page 12 - Line 11 Listed as Defendant Number 3. Plaintiff believes that GREAT BANC holds evidence which supports His claims.

Plaintiff humbly requests that the Honorable Court reconsider the EXECUTION OF SUMMONS upon ALL DEFENDANTS named in the PARTIES SECTION OF AMENDED COMPLAINT (Page 11. - Line 18-To Page 13 Line 19)

Respectfully submitted

*Ryan Tyson Pro Se*