1  Your name: Ryan Tyson
2  Address: 2040 Shoreline Loop Apt 138
3  San Ramon, Ca 94582
4  Phone Number: 254-253-1548
5  E-mail Address: tyson.ryan@me.com
6  Pro se

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Division *[check one]*: ☐ San Francisco ☒ Oakland ☐ San Jose ☐ Eureka

| RYAN MATTHEW TYSON | Case Number: 23-cv-01889-HSG |
|---|---|
| Plaintiff, | (PROPOSED) ORDER GRANTING PLAINTIFF'S PETITION FOR EXECUTION OF SUMMONS ON NEW DEFENDANTS |
| vs. | |
| ACRT SERVICES, INCORPORATED ET AL,..... | |
| Defendant. | Judge: Hon. Haywood S. Gilliam, Jr. |

Case Name: **RYAN TYSON V ACRT INCORPORATED**   Case #: **23-cv-01889-HSG**

The Plaintiff's Petition to have the Court Order Exection

Of Summons upon ACRT Inc.. as responsible party,

GREAT BANC, NEW YORK LIFE GROUP BENEFIT

SOLUTIONS and TRAVELERS INDEMNITY

COMPANY.

**IT IS HEREBY ORDERED THAT:**

**The Petition is granted and it is ordered that summons be executed upon the new**

**defendants.**

Dated: _____.

_____
HON. HAYWOOD S. GILLIAM, JR.

Pleading Title: _____AMENDED COMPLAINT____23-cv-01889-HSG Page _____ of _____