1  Your name:_____Ryan Tyson_____

2  Address:_____2040 Shoreline Loop Apt 138_____

3  _____San Ramon, Ca 94582_____

4  Phone Number:_____254-253-1548_____

5  E-mail Address:_____tyson.ryan@me.com_____

6  Pro se

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10        Division *[check one]*: ☐ San Francisco ☐ Oakland ☐ San Jose ☐ Eureka

11

12  RYAN MATTHEW TYSON_____ )     Case Number: ___23-cv-01889-HSG___

13  _____ )

14                Plaintiff,             )        CERTIFICATE OF SERVICE

15        vs.                            )     _____

16  ACRT SERVICES, INCORPORATED    )     _____

17  ET AL,....._____ )     _____

18  _____ )

19  _____ )

20  _____ )

21                Defendant.             )     _____

22

23

24

25

26

27

28

PETITION FOR EXECUTION OF SUMMONS

CASE NO. ___23-cv-01889-HSG_____; PAGE _1_ OF 3 [*JDC TEMPLATE Rev.2017*]

Justice    Diversity
C E N T E R
OF THE BAR ASSOCIATION OF SAN FRANCISCO

## CERTIFICATE OF SERVICE OF DOCUMENT OTHER THAN COMPLAINT
*\* You must serve each document you file by sending or delivering to the opposing side. Complete this form, and include it with the document that you file and serve. \**

1. **Case Name:** RYAN MATTHEW TYSON    v. ACRT, INC. ET AL.,

2. **Case Number:** 23-cv-01889-HSG

3. **What documents were served?** (PETITION) FOR SUMMONS on NEW DEFENDANTS

4. **How was the document served?** *[check one]*

   [✔] Placed in U.S. Mail

   [ ] Hand-delivered

   [ ] Sent for delivery (e.g., FedEx, UPS)

   [ ] Sent by fax (if the other party has agreed to accept service by fax)

5. **Who did you send the document to?** *[Write the full name and contact information for each person you sent the document.]*

   James Thompson

   100 Pine Street Stuite 3100

   San Francisco, California 94111

6. **When were the documents sent?** 7/3/2023

7. **Who served the documents?** *[Whoever puts it into the mail, faxes, delivers or sends for delivery should sign, and print their name and address. You can do this yourself.]*

   I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

   Signature: _____

   Name: Ryan Matthew Tyson

   Address: 2040 Shoreline Loop Apt 138

   San Ramon, Ca 94582

**CERTIFICATE OF SERVICE** *[JDC TEMPLATE Rev. 05/2017]*