1  Your name: __Ryan Tyson__
2  Address: __2040 Shoreline Loop Apt 138__
3  __San Ramon, Ca 94582__
4  Phone Number: __254-253-1548__
5  E-mail Address: __tyson.ryan@me.com__
6  Pro se
7
8                    UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA
10    Division *[check one]*: ☐ San Francisco ☐ Oakland ☐ San Jose ☐ Eureka
11
12  __RYAN MATTHEW TYSON__                )    Case Number: __23-cv-01889-HSG__
13  _____        )
14                                        )
          Plaintiff,                      )    CERTIFICATE OF SERVICE
15         vs.                            )    _____
16  __ACRT SERVICES, INCORPORATED__       )    _____
17  __ET AL,.....__                       )    _____
18  _____        )
19  _____        )    _____
20  _____        )
21          Defendant.                    )
22
23
24
25
26
27
28

                PETITION FOR EXECUTION OF SUMMONS
_____
CASE NO. __23-cv-01889-HSG_____; PAGE __1__ OF 3 [*JDC TEMPLATE Rev.2017*]

Justice Diversity
CENTER
OF THE BAR ASSOCIATION OF SAN FRANCISCO

## CERTIFICATE OF SERVICE OF DOCUMENT OTHER THAN COMPLAINT

\* You must serve each document you file by sending or delivering to the opposing side. Complete this form, and include it with the document that you file and serve.*

1. **Case Name:** RYAN MATTHEW TYSON  v. ACRT, INC. ET AL.,

2. **Case Number:** 23-cv-01889-HSG

3. **What documents were served?** (PETITION) FOR SUMMONS on NEW DEFENDANTS

4. **How was the document served?** *[check one]*

   [✔] Placed in U.S. Mail

   [ ] Hand-delivered

   [ ] Sent for delivery (e.g., FedEx, UPS)

   [ ] Sent by fax (if the other party has agreed to accept service by fax)

5. **Who did you send the document to?** *[Write the full name and contact information for each person you sent the document.]*

   Johanna Fabrizio Parker

   200 Public Square STE 200

   Cleveland, Ohio 44114

6. **When were the documents sent?** 7/3/2023

7. **Who served the documents?** *[Whoever puts it into the mail, faxes, delivers or sends for delivery should sign, and print their name and address. You can do this yourself.]*

   I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

   Signature: *[signed]*

   Name: Ryan Matthew Tyson

   Address: 2040 Shoreline Loop Apt 138

   San Ramon, Ca 94582

**CERTIFICATE OF SERVICE** *[JDC TEMPLATE Rev. 05/2017]*