UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN TYSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ACRT SERVICES INCORPORATED, et al.,<br><br>　　　　　Defendants. | Case No. 23-cv-01889-HSG<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR RECONSIDERATION AND DIRECTING U.S. MARSHAL TO SERVE DEFENDANT GREAT BANC**<br><br>Re: Dkt. No. 40 |

The Court **GRANTS** Plaintiff's administrative motion for reconsideration, in which Plaintiff asks that the Court order service on Great Banc. *See* Dkt. No. 40. Great Banc has since been added as a defendant, *see* Dkt. No. 42, and Plaintiff has provided an address for Great Banc at the Court's direction, *see* Dkt. No. 45.

Because Plaintiff has been authorized to proceed in forma pauperis, *see* Dkt. No. 5, service will be made by the United States Marshals. The Clerk of Court shall issue the summons for the Defendant Great Banc at:

- Great Banc
  801 Warrenville Road, Suite 500
  Lisle, IL 60532

The U.S. Marshal for the Northern District of California shall serve the new defendant, without prepayment of fees, a copy of the amended complaint, any amendments or attachments, and this order upon Defendant.

**IT IS SO ORDERED.**

Dated: 7/20/2003

　　　　　　　　　　　　　　　*Haywood S. Gilliam, Jr.*
　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　United States District Judge