UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN TYSON,<br><br>        Plaintiff,<br><br>    v.<br><br>ACRT SERVICES INCORPORATED, et al.,<br><br>        Defendants. | Case No. 23-cv-01889-HSG<br><br>**ORDER DIRECTING U.S. MARSHAL TO SERVE DEFENDANT NEW YORK LIFE GROUP BENEFIT SOLUTIONS** |

Per the Court's instruction, Plaintiff has provided a street address for Defendant New York Life Group Benefit Solutions. Dkt. No. 57. Because Plaintiff has been authorized to proceed in forma pauperis, *see* Dkt. No. 5, service will be made by the United States Marshals. The Clerk of Court shall issue the summons for the Defendant New York Life Group Benefit Solutions at:

- New York Life Group Benefit Solutions
  51 Madison Ave.
  New York, NY 10010

The U.S. Marshal for the Northern District of California shall serve the new defendant, without prepayment of fees, a copy of the amended complaint, any amendments or attachments, and this order upon Defendant.

**IT IS SO ORDERED.**

Dated: 8/4/2023

_Haywood S. Gilliam Jr._
HAYWOOD S. GILLIAM, JR.
United States District Judge